CLERK'S RESUME OF PROCEEDINGS
CRIMINAL NON-JURY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE # 3:09-00089 |
| ) | |
| VS. ) | DATE: 8/6/2009 |
| ) | |
| GORDON B. GRIGG ) | COURT REPORTER: Peggy Turner |

TYPE OF PROCEEDING: SENTENCING HEARING

UNITED STATES ATTORNEY: John Webb
DEFENDANT'S ATTORNEY: Charles Mark Pickrell

INSTRUCTIONS AND DECISIONS OF THE COURT:

                        CLERK, U.S. DISTRICT COURT
                        <u>Betty Briggs-Jones</u>, Deputy Clerk

TIME: 1 ½ hours