SEP 0 2 2009

4117 Hillsboro Pike, Ste. #103-135
Nashville, TN 37069

August 31, 2009

The Honorable Aleta A. Trauger
United States District Judge
801 Broadway
Nashville, TN 37203

RE: Gordon Grigg

Dear Judge Trauger,

I hope this letter finds you doing wonderfully. After having had some time to reflect, I was hoping to share a few thoughts with you about Gordon's sentencing – but more importantly a few thoughts that may affect future sentencing's you have.

My chief goal with this note is to hopefully help with future cases that come before you in regards to victim testimony and the truth. I will use my husband's sentencing as an example of my concerns.

When Mr. Lukich spoke, he said that he was a handicapped and crippled man who was taking upwards of 400 Vicodin monthly. He also wrote in his pre-sentencing letter he sent to Amanda Winfree that he takes 480 Vicodin monthly and that 16/day is what he needs. Mr. Lukich's comments and written statement reveal that he either lied to you about how many Vicodin he takes monthly, or he is somehow obtaining Vicodin illegally as that amount would not only be unhealthy but he would have to go to more than one doctor to obtain different prescriptions. Also, if he were indeed taking this amount, he must have been under the influence of the drug at the time of his comments. His statement alone would warrant listening in a different manner, and would be cause for questioning his integrity and the validity of all of his statements.

Ms. Jorgensen stated in her testimony that she is currently living off of some sort of loan to maintain her monthly living expenses. It would seem unusual during these hard economic times for any financial institution to lend money in a situation where someone cannot afford their basic living expenses. Her claim would have suggested severe financial hardship, but the fact that a bank would lend her money would suggest assets or an improving financial statement to secure a bank loan. While her loss was extraordinary, her testimony suggested she was in financial ruin and your upward variance reflected that you felt her story was accurate when her own testimony would indicate that it wasn't – and in fact, she is not financially destitute as her comments implied.

I would imagine that if you don't know someone's character prior to a trial or sentencing, that it would be difficult to ascertain whether their testimony is credible. An example would be Mr. Wieland's testimony – it was not accurate at the sentencing, and to this day he continues to lie and create falsehoods where he can.

He has been quoted in various publications (The Tennessean, Williamson Herald, Huntersville Herald and numerous others) since the sentencing saying that he had lost upwards of $500K along with other numbers that seem to continue to grow and be inconsistent. The original number was never more than $237K and has decreased significantly since then. In the article I included with this letter, Mr. Wieland not only lied about his losses but also said my husband was arrested by the FBI in April which never happened. He goes on to state that $6M is still unaccounted for.

Since the sentencing, he has written letters about members of our family to other publications and people in their communities stating blatant lies and slanderous comments in order to try to damage them. Since the trial he has stated and emailed comments about how he wants to create more hurt regardless of what Gordon has been sentenced to, and has done things to try to harm our youngest son Michael. This is more evidence to suggest that his goal was not purely justice but rather to use the sympathy of the court for personal vengeance. He was and is still willing to lie in order to achieve his personal goals.

While it is obvious our counsel failed Gordon by knowingly allowing people to lie, I felt that this letter would benefit justice in general by suggesting that there may be times to look beyond victim testimony which may or may not be credible in order to seek the real truth.

Thank you for your service to our system and I do wish you the best for the future. I hope my comments help others in similar situations in the future so that fair justice will be served.

Warmest Regards,

*Mila Grigg*

Mila Grigg