# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00089 |
| | ) | Judge Trauger |
| GORDON B. GRIGG | ) | |
| | ) | |

## O R D E R

The court having granted the defendant's Motion to Vacate, Set Aside, or Correct Conviction and Sentence Under 28 U.S.C. § 2255 under Case No. 3:13-cv-0040, it is hereby **ORDERED** that the defendant shall be **RE-SENTENCED** on August 21, 2013 at 1:00 p.m..

It is so **ORDERED.**

Enter this 16th day of July 2013.

_____
ALETA A. TRAUGER
United States District Judge