# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00089 |
| | ) | Judge Trauger |
| GORDON B. GRIGG | ) | |

## O R D E R

Based upon the authority brought to the court's attention in the Government's Position Regarding Crime Victims' Rights Act (Docket No. 47), it is hereby **ORDERED** that any victim who wishes to speak at the resentencing of this defendant on August 21, 2013 will be allowed to do so, whether or not the victim had addressed the court at the original sentencing. The court does request that the government make known to the victims, however, that the court will have reviewed the statements made by the victims at the initial sentencing hearing before the resentencing hearing.

It is so **ORDERED.**

Enter this 19th day of July 2013.

_____
ALETA A. TRAUGER
United States District Judge