UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:09-cr-00089 |
| GORDON B. GRIGG, ) | Judge Trauger |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

The United States of America, by and through undersigned counsel, hereby files the following attached documents:

1. August 20, 2013 letter from victim Rita Jorgensen.

    Respectfully submitted,

    DAVID RIVERA
    Acting United States Attorney for the
    Middle District of Tennessee


    **s/ *Cecil W. VanDevender***
    Cecil W. VanDevender
    Special Assistant United States Attorney
    110 9th Avenue South, Suite A-961
    Nashville, Tennessee 37203
    615-736-5151

**Certificate of Service**

  I hereby certify that on August 21, 2013, a true and exact copy of the foregoing document was delivered via the Court's electronic filing system to:

  Kimberly S. Hodde
  Hodde & Associates
  40 Music Square East
  Nashville, TN 37203

            **s/ *Cecil W. VanDevender***
            Cecil W. VanDevender
            Special Assistant United States Attorney

2

Case 3:09-cr-00089   Document 61   Filed 08/21/13   Page 2 of 2 PageID #: 572